**HONORABLE ROBERT S. LASNIK**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al. | NO. C04-1353L |
| Plaintiffs | ORDER OF FINAL DEFAULT JUDGMENT |
| v. | **Clerk's Action Required** |
| CUT-ALL CONCRETE SAWING & DRILLING, INC. | |
| Defendant | |

Plaintiffs Northwest Laborers Employers Health & Security Trust, et al., have moved the Court for an Order of Final Default Judgment against the Defendant Cut-All Concrete Sawing & Drilling, Inc. as follows:

### JUDGMENT SUMMARY

1. Judgment Creditors:   Northwest Laborers Employers Health & Security Trust, et al.
2. Judgment Debtor:   Cut-All Concrete Sawing & Drilling, Inc.
3. Contributions:   $209.00
4. Liquidated Damages:   $5,309.09
5. Interest:   $1,663.83
6. Costs:   $281.90
7. Attorney's Fees:   $3,262.75
8. Post Judgment Interest:   Fifteen percent (15%) per annum
9. Attorney for Judgment Creditors:   Mary L. Stoll

ORDER OF FINAL DEFAULT JUDGMENT—1
Case No. C04-1353L

**Law Offices of**
**Mary L. Stoll**
Seattle Tower, Suite 1100 — 1218 Third Avenue
Seattle, WA  98101-3081
Telephone: 206-623-2855
Fax:  206-667-9805

1   Pursuant to Plaintiffs' motion for entry of an Order of Final Default Judgment against
2   Defendant Cut-All Concrete Sawing & Drilling, Inc., and the Court having considered the
3   pleadings on file, it is hereby

4   **ORDERED** that Plaintiffs be awarded Final Default Judgment against Defendant Cut-all
5   Concrete Sawing & Drilling, Inc., representing delinquent fringe benefits contributions and wage
6   deductions covering the period April 2003 through March 2005 in the amount of $209.00,
7   liquidated damages of $5,309.09, interest of $1,663.83, costs of $281.90, and attorney fees of
8   $3,262.75, for a total of $10,726.57.

9   **IT IS FURTHER ORDERED** that this Final Default Judgment includes and incorporates
10  all amounts included in the Partial Default Judgment entered on January 20, 2005.

11  **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid
12  balance at the rate of fifteen percent (15%) per annum.

13  DATED November 17, 2005

14
15  Robert S. Lasnik
    United States District Judge

16

17  Presented by:
18

19  s/ Mary L. Stoll
    Mary L. Stoll, WSBA No. 16446
20  Law Offices of Mary L. Stoll
    Seattle Tower, Suite 1100, 1218 Third Avenue
21  Seattle WA  98101-3081
    Telephone 206-623-2855
22  Fax 206-667-9805
    Email marys@mlstoll-law.com

ORDER OF FINAL DEFAULT JUDGMENT—2
Case No. C04-1353L

Law Offices of
**Mary L. Stoll**
Seattle Tower, Suite 1100 — 1218 Third Avenue
Seattle, WA  98101-3081
Telephone: 206-623-2855
Fax:  206-667-9805